# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL<br>NUMBER (819) 962-4411 (WITH INTERNATIONAL<br>MOBILE SUBSCRIBER IDENTITY/ELECTRONIC SERIAL<br>NUMBER (819) 962-4411 | )<br>)<br>)<br>)  Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* See Attachment A

located in the _____ Unknown _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18:3512 | Foreign requests for assistance in criminal investigations and prosecutions. |
| 18:3184 | Fugitives from foreign country to United States |

The application is based on these facts:

See attached affidavit incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John Lopez, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 11/01/2013 _____

Magistrate Judge Deborah Robinson
*Judge's signature*

City and state:  Washington, D.C.

Magistrate Judge,
*Printed name and title*