AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:13-mj-0811 | Date and time warrant executed:<br>11/01/13  17:00 hrs | Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||||

Inventory of the property taken and name of any person(s) seized:

Warrant executed no data or information received.

**FILED**

NOV - 4 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 11/4/13<br><br>_____<br>*Executing officer's signature*<br><br>DUSM John Lopez<br>*Printed name and title* |